BECKWITH, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Mary E. Beckwith, as administratrix of the goods, chattels, and credits of James S. Beckwith, deceased, against the New York, Ontario & Western Railway Company. Howard D. Newton, for appellant. Olney & Wiggins, for respondent.

PER CURIAM. When before this court on a former appeal (31 N. Y. Supp. 1125), it was held in this case that the questions whether the plaintiff's intestate was free from contributory negligence, and whether the defendant was guilty of negligence which caused the plaintiff's injury, were questions of fact which should have been submitted to the jury. As on the last trial the evidence on the part of the plaintiff was essentially the same as on the former trial, and as the evidence given by the defendant was not controlling upon those questions, the former decision was followed, and they were properly submitted to the jury. After a careful perusal of the evidence contained in the record now before us, we again reach the conclusion that the questions whether the defendant was negligent, whether such negligence caused the injury which resulted in the death of the plaintiff's intestate, and whether the plaintiff's intestate was free from contributory negligence, as well as the question of damages, were all questions of fact, and properly submitted to the jury. We have examined the various exceptions to which our attention has been called by the appellant's brief, but have found none that would justify us in disturbing the judgment or that requires special consideration. Judgment and order affirmed, with costs. All concur.

BEEBE, Respondent, v. NEW YORK & N. E. R. CO., Appellant. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Cecilla Beebe against the New York & New England Railroad Company. Walter C. Anthony, for appellant. John M. Gardner, for respondent.

PRATT, J. This is an appeal from a judgment entered upon a verdict of a jury. There is no order in the record denying a new trial upon the judge's minutes, and no certificate that the case contains all the evidence given upon the trial; therefore, under the rule, all we can consider upon this appeal are questions of law contained in the record. Upon examining the case there only appears one exception, to wit, that at folio 143, to a question put by the court, which was clearly competent. Under these circumstances there is no alternative to an affirmance of the judgment. Judgment affirmed, with costs.

BEINHAUER, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. December 18, 1895.) Action by Ferdinand Beinhauer against the Manhattan Railway Company and others. L. W. Naylor, for appellants. E. M. Felt, for respondent. No opinion. Judgment modified by reducing the fee damage to $1,000, the rental damage to $800, and extra allowance to $90, and, as so modified, affirmed, without costs.

BELL v. BREEN. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Sidney Bell against John Breen. No opinion. Judgment affirmed, with costs. All concur.

BELL, Appellant, v. WEBB, Supervisor, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Application of Robert Bell for a writ of mandamus against Lee B. Webb, as supervisor of the town of Orange, Schuyler county. No opinion. Order affirmed, with $10 costs and disbursements.

BENNETT, Respondent, v. TOWN OF HECOR, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Matthew L. Bennett against the town of Hecor. No opinion. Order affirmed, with $10 costs and disbursements.

BIERSCHENK et al. v. DUNPHY. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Charles M. Bierschenk and another against John Dunphy. Wilson, Barker & Wilson (Frank Barker, of counsel), for appellant. Henry Pressprich, for respondents.

DYKMAN, J. This is an appeal by the owner from a judgment in favor of the plaintiffs in an action to foreclose a mechanic's lien. The case was tried before a judge without a jury, and the findings are supported by the evidence. The record presents no error of law, and the judgment should be affirmed, with costs. BROWN, J., dissents, without opinion.

BILLINGS, Respondent, v. TWEEDIE et al., Appellants. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Jennie May Billings, an infant, against Francis O. Tweedie and others. No opinion. Judgment affirmed, with costs.

BOLSTEIN, Respondent, v. MENTZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1896.) Action by Lena Bolstein against Joseph Mentz. No opinion. Order reversed, with $10 costs and disbursements, to abide event of action, and motion granted to extent of directing plaintiff to furnish bill of particulars of expenses paid or incurred for medical attendance and medicines. All concur.

BOOTH, Appellant, v. JENKINS, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Charles A. Booth against William H. Jenkins. No opinion. Order affirmed, with $10 costs and disbursements.